AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>In Re: Moto Motorola, Model XT1766, Track ID<br>ZY224K38K8, currently located at 17 N. 2nd St.,<br>Harrisburg, Pennsylvania 17101 | ) ) ) ) ) ) ) | Case No.<br><br>1:19-MC-0158 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT 'A'

located in the ____Middle____ District of ____Pennsylvania____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT 'B'

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

FILED
HARRISBURG, PA
MAR 12 2019
PER _____
DEPUTY CLERK

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Person Prohibited from Possession of a Firearm |
| 18 U.S.C. § 922(a)(6) | Illegal Acquisition of Firearms |

The application is based on these facts:

I, Darrin A. Bates, Task Force Officer, with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state:
- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DARRIN A. BATES, TASK FORCE OFFICER
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-12-19

*Judge's signature*

City and state: HARRISBURG, PENNSYLVANIA    MARTIN C. CARLSON, U.S. MAGISTRATE JUDGE
*Printed name and title*